**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-6694

———————

DAVID FARRELL SULLIVAN,

Plaintiff - Appellant,

versus

CLAY T. ALLEN,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry F. Floyd, District Judge.
(CA-03-3841-7-26)

———————

Submitted:  June 24, 2004          Decided:  July 2, 2004

———————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

David Farrell Sullivan, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Farrell Sullivan appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint under 42 U.S.C. §§ 1983, 1985 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Sullivan v. Allen</u>, No. CA-03-3841-7-26 (D.S.C. Mar. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>